UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

-----------------------------------------------------------x

REGINA LEWIS,

          Petitioner,

-against-

K. ASK-CARLSON (Warden), MDC Brooklyn,

          Respondent.

-----------------------------------------------------------x

**TRANSFER ORDER**
14-CV-4008 (ARR)

ROSS, United States District Judge.

    Petitioner Regina Lewis, presently incarcerated at the Metropolitan Detention Center ("MDC") in Brooklyn, New York, brings this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Although petitioner is detained at MDC, she seeks to contest her confinement pursuant to her federal criminal action presently pending in the United States District Court for the Southern District of New York. See United States v. Lewis, No. 12 Cr. 655 (S.D.N.Y.). Therefore, the Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of New York. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven day delay is waived. The Clerk of Court is directed to mark this case closed.

SO ORDERED.

                                                    /S/ Judge Allyne R. Ross
                                                    ALLYNE R. ROSS
                                                    United States District Judge

Dated: Brooklyn, New York
        August 4, 2014

## SERVICE LIST

<u>Plaintiff</u>
Regina Lewis
67206-054
Metropolitan Detention Center
PO Box 329002
Brooklyn, NY 11232